**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Claudia Angelica Gonzalez Xicotencatl,
Petitioner,

v.

Eric Rokosky, et al.,
Respondents.

No. CV-26-04897-PHX-RM

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.) The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 3.) In their Response, Respondents state: "Respondents do not oppose the habeas petition nor the requested relief of release from custody." (Doc. 6.) The Court accepts this concession as non-opposition to granting the Petition.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to her request for release from custody.

(2) Respondents must **immediately release** Petitioner from custody under appropriate conditions.

(3) Respondents must provide a notice of compliance within **two (2) days** of Petitioner's release.

. . . .

. . . .

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 23rd day of July, 2026.

Honorable Rosemary Márquez
United States District Judge