**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Claudia Angelica Gonzalez Xicotencatl,
Petitioner,
v.
Eric Rokosky, et al.,
Respondents.

No. CV-26-04897-PHX-RM

**ORDER**

On July 23, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered that Petitioner be immediately released from custody. (Doc. 7.) The Court's Order required Respondents to file a notice of compliance within two days of Petitioner's release. (*Id.*) To date, no notice of compliance has been filed. Accordingly,

**IT IS ORDERED** that within **two (2) days** of the date of this Order, Respondents shall file either a notice of compliance or a status report. Failure to comply with this Order may result in sanctions.

Dated this 24th day of September, 2026.

Honorable Rosemary Márquez
United States District Judge